

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00075-CR

Aaron Isaac **BENAVIDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. NM582054
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: May 5, 2021

DISMISSED FOR LACK OF JURISDICTION

Appellant Aaron Isaac Benavidez attempts to appeal a November 16, 2020 order dismissing a criminal action. Appellant's notice of appeal was due on December 16, 2020. *See* TEX. R. APP. P. 26.2(a) (providing that, absent a timely motion for new trial, a defendant's notice of appeal is due within 30 days after the trial court enters an appealable order). However, appellant did not file his notice of appeal until February 24, 2021. Additionally, appellant never filed a motion for extension of time to file his notice of appeal. *See id*. 26.3 (stating an appellate court

may extend the time to file a notice of appeal when a notice of appeal and a motion for extension of time are filed within 15 days after the deadline for filing the notice of appeal).

"A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke the appellate court's jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the appellate court within fifteen days of the last day allowed for filing the notice of appeal, and (3) the appellate court grants the motion for extension of time. *Id*. Appellant has not met these requirements. *See id*.

We informed appellant of our lack of jurisdiction and gave him an opportunity to file a response. Appellant has not filed a response. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH